

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00334-CV

Louis **DORFMAN**, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman, Appellants (Cross-Appellees)

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek, Appellees (Cross-Appellants)

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

Delivered and Filed:  September 5, 2018

DISMISSED

On May 24, 2018, we granted the parties' Agreed Motion to Abate Appeal pending the finalization of the parties' settlement agreement. Appellants TMH Land Services, Inc., J.W. Cooper, Jr., Jonathan W. Floyd, Dor W. Brown, III, Michael D. Nirider, Gary and Theresa Poenisch Family Limited Partnership, and Judith Myers have filed an unopposed motion to dismiss this appeal, stating that the parties have reached an agreement that resolves this dispute. This appeal is reinstated on the docket of the court, the motion is granted, and this appeal is dismissed.

*See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM